# United States Court of Appeals for the Fifth Circuit

———————

No. 22-40620
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**

March 3, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Max Majors,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:19-CR-21-4

———————————————————

Before Stewart, Duncan, and Wilson, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Max Majors has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Majors has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-40620

assessment that the appeal presents no nonfrivolous issue for appellate review.     Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

However, there is a clerical error in the written judgment.     In accordance with the written plea agreement, the Government moved to dismiss count four of the indictment.     The district court orally granted the motion, but the amended judgment does not reflect the dismissal. Accordingly, we REMAND for the limited purpose of correcting the clerical error in the written judgment. *See* FED. R. CRIM. P. 36.